JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBERT URSERY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HOUSING AUTHORITY OF THE CITY OF LOS ANGELES.<br><br>Defendant. | Case No. 2:23-CV-05206-SPG-JPRx<br><br>Hon. Sherilyn Peace Garnett<br><br>**ORDER GRANTING JOINT STIPULATION AND REMANDING CASE TO LOS ANGELES COUNTY SUPERIOR COURT, COMPLEX DIVISION** |

Pursuant to the Parties' Joint Stipulation to Remand Case to Los Angeles County Superior Court, Complex Division, and good cause appearing, IT IS HEREBY ORDERED that this case be remanded to the Superior Court of the State of California for the County of Los Angeles, Complex Division, for all future proceedings.

DATED: September 13, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

Case No. 2:23-cv-05206-SPG-JPRx